

**IT IS ORDERED as set forth below:**

**Date: September 29, 2021**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-21904-jrs |
| | ) | CHAPTER 13 |
| LAMONT DALE BROADHEAD, | ) | |
| ELIZABETH LOUISE BROADHEAD, | ) | |
| | ) | JUDGE JAMES R. SACCA |
| DEBTORS. | ) | |

-------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| PRPM 2021-3, LLC, SUCCESSOR TO | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| LAMONT DALE BROADHEAD, | ) | |
| ELIZABETH LOUISE BROADHEAD, | ) | |
| DEBTORS, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| NANCY J. WHALEY, TRUSTEE, | ) | |
| RESPONDENTS. | ) | |
| _____ | ) | |

**ORDER GRANTING RELIEF FROM STAY**

THIS matter came before the Court for hearing on August 5, 2021, upon the Amended Motion for

Relief from Stay filed by PRPM 2021-3, LLC, SUCCESSOR TO WELLS FARGO BANK, N.A.

("Movant") (Doc. No. 43). At the hearing, Debtors' attorney announced no basis to oppose the Motion as to the Debtors, and the trustee announced no basis to oppose the relief sought. Therefore, it is

THEREFORE, IT IS ORDERED THAT:

1. The Motion for Relief from Automatic Stay (Doc. No. 43) is **GRANTED**.

2. The automatic stay of 11 U.S.C. §§ 362(a) is terminated as to Movant's interest in the following real property commonly known as 44 Cross Creek Trail, Jasper GA 30143 and as more fully described in the Motion and Exhibits (the "Property").

3. Movant may take any and all steps necessary to exercise any and all rights it may have in the Property under its contract and applicable non-bankruptcy law, including foreclosure and actions to obtain possession of the Property.

4. Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is GRANTED.

5. The Clerk of Court shall serve this Order to the parties set forth on the distribution list attached hereto.

**SO ORDERED.**

[END OF DOCUMENT]

Prepared and Presented by:
/s/ Laura A. Grifka
Laura A. Grifka  (GBN 312055)
MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Atlanta, GA 30092
Telephone: (404) 474-7149
E-mail: lgrifka@mtglaw.com

No Opposition:

/s/ Eric W. Roach by permission
Eric W. Roach, Staff Attorney  (GBN 143194)
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

**DISTRIBUTION LIST:**

Lamont Dale Broadhead
Elizabeth Louise Broadhead
44 Cross Creek Trail
Jasper, GA 30143

William C. McCurdy, Jr.                [VIA CM/ECF]
William C. McCurdy, Jr., LLC
12 North Main Street
Jasper, GA 30143

Nancy J. Whaley                        [VIA CM/ECF]
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303